

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 27, 2023

**BY ECF**
Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    *United States v. Wilfredo Rivera*, 15 Cr. 445-22 (PAE)

Dear Judge Engelmayer:

       The Government respectfully submits this letter to request that chronologies maintained by the United States Probation Office ("Probation"), detailing Wilfredo Rivera's supervision and the search of Mr. Rivera's residence on December 7, 2022 be unsealed and provided to the Government. As Your Honor is aware, the VOSR pending before the Court involves four specifications: (1) use of marijuana on or about four dates between September 21, 2021 and April 6, 2022, (2) use of cocaine on or about January 20, 2022, (3) possession of the property of another in violation of New York state law on or about September 1, 2022, and (4) possession or access to a firearm, ammunition, and dangerous weapons. In the event that this VOSR cannot be resolved, the Government anticipates calling one or more Probation Officers to testify at an evidentiary hearing.

       The chronologies maintained by the United States Probation Office contain material relevant to a hearing, and the Government understands that they may be unsealed only upon a Court order. In addition, once in possession of the files, the Government must disclose them to the defendant pursuant to Title 18, United States Code, Section 3500 and/or pursuant to its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150, 154 (1972). Accordingly, the Government respectfully requests that all chronologies relevant to this matter be ordered unsealed and provided to the Government.

Page 2

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Katherine Cheng
Assistant United States Attorney
(212) 637-2492

cc: Michael Martin, Esq. (by ECF)

GRATNED. The Clerk of Court is requested to terminate the motion at Dkt. No. 1261.

1/27/2023

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge